UNITED STATES of America, Plaintiff–Appellee,

v.

Thomas Leroy ALSTON, Defendant–Appellant.

No. 10–6065.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2010.

Decided: April 6, 2010.

Thomas Leroy Alston, Appellant Pro Se. Sean Kittrell, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas Leroy Alston appeals the district court's order denying his motion for return of property, pursuant to Fed. R. Crim. P. 41(g). Alston does not contest the assertion of the United States that none of the disputed property is in its possession. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*